No. 77.   DUNN ET AL. *v.* OHIO.   Argued January 7, 1943.   Decided February 8, 1943.  *Per Curiam:* The appeal is dismissed for want of a substantial federal question.  *Nebbia* v. *New York,* 291 U. S. 502; *Olsen* v. *Nebraska,* 313 U. S. 236; *Federal Power Comm'n* v. *Pipeline Co.,* 315 U. S. 575, 582–83; *Sproles* v. *Binford,* 286 U. S. 374.   *Mr. James H. Nacey,* with whom *Mr. Meyer A. Cook* was on the

740

brief, for appellants. *Mr. Kenneth L. Sater,* with whom *Messrs. Thomas J. Herbert,* Attorney General of Ohio, and *Frank T. Cullitan* were on the brief, for appellee.